UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTINA MATALA,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRST AID BEAUTY,<br><br>*Defendant.* | Civil Action No. 19-16759<br><br>ORDER |

**THIS MATTER** comes before the Court on a Motion to Remand, ECF No. 7, by Defendant First Aid Beauty;

and it appearing that the Honorable Leda Wettre issued a Report and Recommendation (the "R&R") on October 18, 2019, recommending that the Motion be denied, ECF No. 10;

and it appearing that neither Plaintiff nor Defendants have filed any objections to the R&R, and that the time within which to file objections has expired;

and for the reasons set forth in the R&R;

**IT IS** on this 5th day of December, 2019;

**ORDERED** that the R&R is **ADOPTED** and Defendant's Motion to Remand is **DENIED.**
.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**